IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Docket No. 1:19PO1348 |
| v. | ) | |
| | ) | |
| KATHLEEN A. BOYLAN, | ) | |
| Defendant | ) | |

## **MOTION FOR DISMISSAL**

The United States of America does not desire to prosecute case number 1:19PO1348 pertaining to the defendant, KATHLEEN A. BOYLAN.

Accordingly, the United States hereby moves for a dismissal with prejudice of the pending case number 1:19PO1348 pertaining to the defendant, KATHLEEN A. BOYLAN.

                          Respectfully submitted,

                          G. Zachary Terwilliger
                          United States Attorney


BY:          /s/_____
            Suzanne W.D. Horton
            Special Assistant United States Attorney
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, VA 22314
            Tel: (703) 693-7374
            Fax: (703) 299-3980
            Email: suzanne.w.horton.civ@mail.mil

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Dismissal and proposed Order will be sent via first class mail to the defendant's last known address of record on the 8th day of July, 2019.

_____/s/_____
Suzanne W.D. Horton
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703)299-3700
Fax: (703)299-3980
Email: suzanne.w.horton.civ@mail.mil